## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Flute, Dalatreece L

Printed: 01/06/09

Case Number:  07 B 13202
Judge:  Squires, John H
Filed:  7/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  November 26, 2008
Confirmed:  January 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,964.21 |  |
| Secured: |  | 3,534.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 206.50 |
| Trustee Fee: |  | 223.27 |
| Other Funds: |  | 0.00 |
| Totals: | 3,964.21 | 3,964.21 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,009.20 | 206.50 |
| 2. | Triad Financial Services | Secured | 15,532.77 | 3,534.44 |
| 3. | Capital One | Unsecured | 1,252.71 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 341.25 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 247.29 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 45.14 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 889.99 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 2,304.04 | 0.00 |
| 9. | Triad Financial Services | Unsecured | 197.93 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 12,291.36 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 375.95 | 0.00 |
| 12. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 13. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 14. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,487.63 | $ 3,740.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 168.90 |
| 6.5% | 54.37 |
|  | $ 223.27 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Flute, Dalatreece L

Printed: 01/06/09

Case Number:  07 B 13202

Judge:  Squires, John H

Filed:  7/24/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

